445 A.2d 246

Commonwealth v. Young, Appellant.

Petition for Allowance of Appeal Denied Oct. 1, 1982.

 Submitted
February 3, 1982. Gary Spohn Fronheiser, Assistant Public
Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Judgment of sentence affirmed.